IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| SERGIO L. RIOS RENDON | : | NO. 99-CR-226-2 |

ORDER

AND NOW, this 10th day of August, 2010, upon consideration of the Defendant's Motion for Modification of Petitioner's Sentence pursuant to 18 U.S.C. Sec. 3582(c)(2)2D1.1 under Amendment 591 to the Sentencing Guideline effected November 1, 2000. Also Amendment 503 and the Government's response thereto, it is hereby ORDERED that the Defendant's motion is DENIED.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

1. The Defendant's claims are frivolous and lack any merit and must be denied.